# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | LaShonda A. Hunt | **Hearing Date** | 12/18/2019 |
| **Bankruptcy Case** | 18 B 35437 | **Adversary No.** | 19 A 01009 |
| **Title of Case** | Steven D. Zarling/Nelson v. Zarling | | |

**Brief Statement of Motion**  Status Hearing

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Fact discovery shall be completed by or before MARCH 27, 2020.

*[signature]*

U S Bankruptcy Judge LaShonda A. Hunt