UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re:<br>STEVEN D. ZARLING<br><br><br><br>Debtor(s)<br>LINDA NELSON,<br><br>Plaintiff(s)<br>STEVEN D. ZARLING,<br><br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK No.: 18-35437<br><br>Chapter: 7<br>Honorable David D. Cleary<br><br><br>Adv. No.: 19-01009 | |

**ORDER**

For the reasons stated in open court at the hearing of today's date, IT IS HEREBY ORDERED:

1.　The motion to extend (Dkt. No. 27) is GRANTED;
2.　The defendant may file a response to the motion for judgment on the pleadings (Dkt. No. 17, the "Motion") no later than June 24, 2020;
3.　The plaintiff may file a reply no later than July 8, 2020;
4.　The Motion is set for status on July 15, 2020 at 10:30 a.m., at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604.

Enter:　*David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: June 10, 2020

**Prepared by:**

Michael R. Colter, II
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100