# THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | **In Chapter 7** |
| ) | |
| **STEVEN D. ZARLING,** ) | **Case No. 18-bk-35437** |
| ) | |
| Debtor. ) | **Honorable David D. Cleary** |
| ) | |
| ) | |
| **LINDA NELSON,** ) | |
| ) | |
| Plaintiff, ) | **Adv. Case No. 19 AP 01009** |
| v. ) | |
| ) | |
| **STEVEN D. ZARLING,** ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITNESS LIST AND EXHIBIT LIST

Plaintiff Linda Nelson, by her attorneys, Robert R. Benjamin and Caren A. Lederer of Golan Christie Taglia LLP, respectfully submits the following Witness List and Exhibit List for the evidentiary hearing set for November 18, 2020:

### Witness List

**A.** **Witnesses who will be called to testify**:

1. Linda Nelson
   Phone No.:      (630) 549-4758
   Email Address:  citygirl60634@gmail.com
   Subject Matter: The Plaintiff will testify as to her personal knowledge of the factual allegations in her Complaint, her knowledge of Debtor's attempts to avoid paying the Judgment, her knowledge of the factual allegations and arguments in the Motion for Judgment on the Pleadings.

2. Steven Zarling
   Phone No.:      (630) 745-7757
   Email Address:  taper002@aol.com
   Subject Matter: The Debtor is expected to testify as to his Petition and Schedules, his Answer to the Adversary Complaint, and his arguments in opposition to the Motion for Judgment on the Pleadings.

    **B.**    **Witnesses who may be called to testify**:

1. Gary Zarling
   Phone No.:
   Email Address:
   Subject Matter: The Debtor's brother is expected to testify as to his receipt of the Debtor's Workers Compensation Proceeds and the Unidentified Funds as alleged in the Motion for Judgment on the Pleadings, including any transfers of the same to or for the benefit of Debtor in defraud of Debtor's creditors, including Plaintiff.

2. Jeannine Zarling

   Phone No.:
   Email Address:
   Subject Matter: The Debtor's mother is expected to testify as to the Debtor's living arrangements, including rent, unidentified income, boat ownership, gifting habits, and similar matters.

## Exhibit List

EXHIBIT 1: Voluntary Petition for Relief under Chapter 7 of Title 11 of the Bankruptcy Code, Bankruptcy Schedules, and Statement of Financial Affairs

EXHIBIT 2: Debtor's Amended Bankruptcy Schedules

EXHIBIT 3: Debtor's Amended Statement of Financial Affairs

EXHIBIT 4: Adversary Complaint Objecting to Discharge

EXHIBIT 5: Answer to Plaintiff's Complaint Objecting to Debtor's Discharge

EXHIBIT 6: Linda Nelson's Motion for Judgment on the Pleadings

EXHIBIT 7: Response to Linda Nelson's Motion for Judgment on the Pleadings

EXHIBIT 8: Linda Nelson's Reply in Support of Judgment on the Pleadings.

EXHIBIT 9: Facebook printout of Debtor's December 21, 2018 post

GROUP
EXHIBIT 10: Facebook printouts of Debtor's August 31, 2018, September 25, 2018, and October 7, 2018 posts

EXHIBIT 11: Checks payable to Steven Zarling totaling $39,810.82

EXHIBIT 12:  Steven Zarling's bank statements from Fifth Third Bank for period of July 22, 2017 to June 21, 2019.

GROUP
EXHIBIT 13:  Correspondence from Steven Zarling to Linda Nelson regarding loan payments.

Dated: October 21, 2020                           Respectfully submitted,

                                                  LINDA NELSON,
                                                  Plaintiff,

                                                  By:  /s/*Caren A. Lederer*_____
                                                        One of her attorneys

Caren A. Lederer (ARDC #6244631)
Robert R. Benjamin (ARDC #0170429)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Plaintiff
70 W. Madison, Ste. 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939
calederer@gct.law
rrbenjamin@gct.law

3