

 **Steven Zarling**
Santa's workshop in progress....Shhhhhhh !!! 😉

Timeline Photos · Dec 21, 2018 ·

View Full Size · More Options

EXHIBIT 9

 Like      Share

11

View Full Size · More Options 

👍 Like     ➢ Share

11

 **Judy Jurgens-wangler**
looks like my room years back, but you love it
                                                              1
3 wks   Like   More

 **Anne-Marie Ribolzi**


                1
3 wks   Like   More

 **Anne-Marie Ribolzi**
IL Y A BEAUCOUP de travail . Bravo Papa Noël 👏 👏 🖤
                                                              1
See Translation
3 wks   Like   More

 **Denise Wangler-Diehl**
Geez you buy too many presents.You don't have to do that.
                                                              1
2 wks   Like   More

 **Shirley Zarling**
He does it every year so do I , takes all winter / spring get to pay it off !!! $$$$$$$
                                                              1
2 wks   Like   More