Case 19-01009   Doc 1-2   Filed 10/21/20   Entered 10/21/20 12:55:50   Desc Exhibit B
Page 2 of 4

🔒 facebook.com



**Steven Zarling**

August 31, 2018 at 1:24 PM · 🌐

I suppose the 4 years was a labor of love . In the end it was all worth it . I really never expected it to turn out so great !! But it did , I would like to thank all who helped restore it to it's former glory .... Oh , that would be ...ME !! Going fishing on my upcoming B-Day in 2 weeks , do an all nighter perhaps 😊

> **EXHIBIT**
> **10**





**Steven Zarling** shared a memory.

September 25, 2018 at 4:23 PM ·

2 years ago already ???!!!! What ??!!! We have only taken the boat out once last year , and twice this year !! .. UGH !!! Next year , I am living in the boat on the water 😊 ..lol



**2 Years Ago Today**

See Your Memories ›

**Steven Zarling**
September 25, 2016 at 5:58 PM · Hanover Park, IL ·

FINALLY !! Boat stereo and speakers are totally installed , and ROCKING and ROLLING .... LOUD and CLEAR !! 😃 Best I have ever heard !! 😎



**Steven Zarling** shared a post.
October 7, 2018 at 11:45 AM ·

WOW !! That was one heck of a very long and tedious project . It required disassembling the wheel wells and step-up frames , as well as laying under the boat for over a hundred hours , with multiple power Sanders to remove the old paint and rust .



**Steven Zarling** October 7, 2016 at 11:11 AM ·

Why , oh why do I ever think up these gruelling projects ...lol . Outside frame is sanded down to bare metal , now has been the fun part, working under the boat with a belt sander with no





Case 19-01009   Doc 1-10   Filed 11/15/19   Entered 11/15/19 14:23:34   Desc Exhibit B
Page 5 of 54

⤷ **Share**

👍 8



**Steven Zarling**

September 2017 , out on the Fox
River taking the"maiden voyage"
after 3 years of a total gutting and
rebuild of the boat . And also
celebrating my 52nd Birthday , what
perfect timing ..lol ☺    Today I just
received the renewal for the 2018
Seasons' Illinois boat stickers, Fox
River & Chain O' Lakes stickers , and
trailer plate stickers . Will have the
boat in the water as soon as the boat
launch opens this Spring 2018 ☺