Dear Linda, As you probably did not expect, I stood up and excepted responsibility for the loan that you graciously gave me. I signed the documents without hesitation and they were presented and accepted by the Judge for the record. I am neither surprised or angered by any means that you filed the suit. I agree that it should be legalized. By the way, thank you for returning some of my property. I do hope that you will drop off the remaining items soon, so that I may put them away in their prospective areas, where they belong. Also I told your attending attorney that the Workman's Comp. people owe me 50 grand in back wages to date. As soon as those monies are allocated to me, I will resolve this Judgement as soon as possible. And just in case you do not know, I still miss you and love you very much.     Love always, Steven.

Looking for simple solutions to your real-life financial challenges? Check out WalletPop for the latest news and information, tips and calculators.

EXHIBIT 13

Page 1 of 1

Linda, I hope this letter finds you and your family well. Today I went back to court for our agreement of the loan. I presented your attorney with all the necessary documents pertaining to any and all financial holdings, past, present and future. I gave him my Workman's Compensation Attorney's name and information. Just like I promised in the letters that I wrote you while I was in jail, when the settlement is finalized, you will be the first to be paid off. I very much appreciate the aid that you have given to my family and myself. I am very sorry that I disrupted the loan payments due to lack of funds. My Union cut me off in May, and the Workman's Compensation was cut off at the end of January. I tried Social Security Disability and SSI, I applied twice and was denied twice. I gave proof of this to your attorney. I used all my savings to the very end to keep the loan payments on time. I apologize that I could not make further payments due to the lack of funds being available. I am sure your attorney will tell you all of this anyway. He will probably tell you also that my Plea and Sentencing are on December 11, 2008. But, I will receive a stay until sometime in January, that is when I will actually have to surrender myself. At this time I still do not know the offer, either I will do 10 months or 2 1/2 years. I am sure you can guess which I am rooting for. Well that is it for now, I have to go take care of my elbow, the one Dr. Schafer performed surgery on, it is infected in the Bursa area. I was hospitalized for 3 days last week due to the onset of the infection. By the way, the first week of November was my 1 year anniversary of being sober!!! Also, believe it or not, I am seeing a Neuropsychologist, and just had Brain Mapping performed. I am trying my best to rectify my life, in all aspects of it. I wish you were here to share it with me. I miss you very much and am still deeply in love with you. You told me that I would hate you, but I do not. I know you are just trying to protect yourself and your well being. And that is alright with me, I understand. It would be nice if you would break your silence with me. My biggest regret is hanging up on you that day, and of course being stupid and getting the D.U.I. that fateful night. I just want you to know that change for the better has finally arrived, and that I truly love you, and always will ...... Yours Truly, Steven.

---

Check out smokin' hot deals on laptops, desktops and more from Dell. Shop Deals