UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>STEVEN D. ZARLING | ) | BK No.: 18-35437 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable David D. Cleary |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |
| LINDA NELSON | ) | Adv. No.: 19-1009 |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| STEVEN D. ZARLING | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER**

IT IS HEREBY ORDERED:

1. Trial was commenced on November 18, 2020 and continued to January 6, 2021 at 1:00 p.m;.

2. Motion of Gary Zarling to Quash Subpoena to Testify at Trial is entered and continued until January 6, 2021 at 1:00 p.m.

Enter: *[signature]*

Honorable David D. Cleary

United States Bankruptcy Judge

Dated: November 24, 2020

**Prepared by:**

Golan Christie Taglia LLP Attorneys for Plaintiff
70 W. Madison Street, Suite 1500
Chicago, IL 60602